IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.                    No. 4:13CR00149-02 - JLH

CARLOS DEABLIS FUTRELL                                           DEFENDANT

### ORDER TO SERVE SUBPOENAS

Carlos Futrell has been found indigent by the Court, and counsel has been appointed to represent him pursuant to the Criminal Justice Act.

A hearing on Carlos Futrell's Motion to Suppress is set on September 9, 2014, at 1:30 p.m.

The United States Marshal Service is hereby directed and ordered to serve subpoenas on the following witnesses for the September 9, 2014 hearing in this matter:

1. SA Jon Vanatta
2. SA Joshua S. Laster
3. Trooper Vic Coleman
4. Lonoke County Sheriff John Staley
5. Trooper Trent Benke

IT IS SO ORDERED this 3rd day of September, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE