# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                        No. 4:13CR00149-02 JLH

CARLOS DEABLIS FUTRELL                                                                     DEFENDANT

### ORDER

The Court conducted a suppression hearing in this matter on September 9, 2014. Received into evidence as Government Exhibit No. 1 was the gold plastic DEA-13A Miranda Rights card carried by the case agent in this case. At the conclusion of the hearing, counsel requested that the agent be permitted to have the card returned to him. The Court photocopied both sides of the card, and the copy will be maintained by the Court as substituted Government Exhibit No. 1 until the motion is ruled upon. The original card was returned to the agent.

IT IS SO ORDERED this 10th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE